**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | |
|---|---|
| In re:  JONATHON B. GOOD<br>          MICHELLE A. GOOD<br><br>                              Debtor(s) | CASE NO. 09-51258<br><br>CHAPTER 13 |

## ORDER ON MODIFIED/AMENDED CHAPTER 13 PLAN AND NOTICE OF HEARING

The debtor, having filed a modified/amended plan herein, it is

**ORDERED:**

and notice is hereby given, that written objections to the modified/amended plan are to be filed with the Clerk of this Court at the address shown below, with a copy to the debtor, attorney for the debtor, if any, and the trustee, no later than ten (10) days before the date noted below for the confirmation hearing or twenty-five (25) days after the date of counsel's service of this Order and Notice, whichever is later.

Hearing on confirmation of the modified/amended plan and any timely objections filed will be conducted on **FEBRUARY 3, 2010** at **10:00 AM**, at **HARRISONBURG COURTROOM, 3RD FL., 116 N MAIN ST., HARRISONBURG, VIRGINIA.**.

Counsel for the debtor shall serve a copy of the modified/amended plan and this Order and Notice to all creditors, the trustee, and any and all interested parties within five (5) days of the date of this order and **certify to the Clerk of this Court and the trustee the manner in which service has been made.**

Entered:   November 25, 2009

*Ross W. Krumm*

**ROSS W. KRUMM, JUDGE**

Clerk, U.S. Bankruptcy Court
116 N Main St., Room 223
Harrisonburg, VA  22802

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the within Order and Notice, along with the Proposed Modified/Amended Plan, were mailed to all creditors and interested parties.

Dated: _____

_____
Counsel for the Debtor

ohapkh.frm